**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:    In the Interest of C. L. J. S. v. Department of Family and Protective
Services

Appellate case number:    01-18-00512-CV

Trial court case number:    2017-02511J

Trial court:    314th District Court of Harris County

The motion for reclassification of this appeal as non-accelerated is DENIED. *See* TEX. FAM. CODE § 263.405; *In re A.J.K.,* 116 S.W.3d 165 (Tex. App.— Houston [14th Dist.], no pet); *O.G.W. v. Dep't of Family & Protective Servs*., 362 S.W.3d 815 (Tex. App.—Houston [1st Dist.], no pet); TEX. R. JUD. ADMIN. 6.2 (requiring disposition within 180 days of appeals granting conservatorship to Texas Department of Family and Protective Services).

The motion for an extension of time is DENIED. If the brief is not filed by August 1, 2018, the case will be abated to the trial court to conduct a hearing requiring counsel to show cause as to why the appellant's brief has not been filed.

It is so ORDERED.

Judge's signature: /s/ Jane Bland_____
                        Acting individually

Date: July 25, 2018_____